IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| CLAUDIANA DIAS,<br><br>     Plaintiff,<br><br>    -v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and CREDIT COLLECTION SERVICES,<br><br>     Defendants. | Civil Case Number: 3:23-cv-00501-VDO |

**NOTICE OF SETTLEMENT AS TO**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

  The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC. only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs. It is respectfully requested that the matter against EXPERIAN be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:   May 6, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*